UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIKA MCMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:14-cv-01164-LJM-DML |
| | ) |
| CHARLES T. HAGEL, Secretary of Defense, | ) |
| | ) |
| Defendant. | ) |

## Report and Recommendation

On April 30, 2015, the court issued an Order to Show Cause, why this case should not be dismissed under Federal Rule of Civil Procedure 16(f) for her failure to participate in the January 27, 2015, initial pretrial conference and for her failure to respond to the court's February 3, 2015 Order to Show Cause. Ms. McMillan was ordered to show cause, in writing, by May 11, 2015, and was informed that a failure to respond to the Order to Show Cause would result in the Magistrate Judge's recommendation that her claims be dismissed with prejudice. No response was filed.

Accordingly, it is recommended that this case be dismissed with prejudice.

So ORDERED.

Date: May 19, 2015

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Tamika McMillan
3933 Cedar Ridge Road
Apt. 2B
Indianapolis, IN 46235