UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIKA MCMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:14-cv-01164-LJM-DML |
| ) | |
| CHARLES T. HAGEL, Secretary of ) | |
| Defense, ) | |
| ) | |
| Defendant. | |

Order Adopting Report and Recommendation

On May 19, 2015, the Magistrate Judge submitted her Report and Recommendation that Plaintiff's claims be dismissed with prejudice for her failure to participate in the initial pretrial conference and her failure to respond to the court's Order to Show Cause. The court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 05/19/2015

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Tamika McMillan
3933 Cedar Ridge Road
Apt. 2B
Indianapolis, IN 46235